UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| RACIO TADEO, Individually, and as Mother and Next of Friend of KEVIN MONTIEL, a minor,<br><br>                Plaintiffs,<br><br>v.<br><br>SILVER CROSS HOSPITAL AND MEDICAL CENTERS, JAN SMITH, M.D., SUBURBAN OBSTETRICS & GYNECOLOGY, L.L.C., NAHLA MERHI, M.D., ASSOCIATED RADIOLOGISTS OF JOLIET, S.C., and VINOD PATEL, M.D.,<br><br>                Defendants. | FILED: DECEMBER 23, 2008<br>08CV7351<br>JUDGE PALLMEYER<br>MAGISTRATE JUDGE VALDEZ<br>RCC<br><br><br><br>Formerly Case No. 08-L-373, Circuit Court of Will County, Illinois |

**NOTICE OF REMOVAL OF A CIVIL ACTION AND
SUBSTITUTION OF THE UNTIED STATES AS DEFENDANT**

To:    Pamela McGuire, Clerk of the Court    Matthew K. Henry
         Office of the Circuit                        Krovolec, Jambois, & Schwartz, L.L.P.
         Will County Court House                60 West Randolph Street, 4th Floor
         14 West Jefferson Street                 Chicago, Illinois 60601
         Joliet, Illinois 60432

       The UNITED STATES, by its attorney, PATRICK J. FITZGERALD, United States Attorney for the Northern District of Illinois, submits this notice of removal of the above-captioned civil action from the Circuit Court of Will County, Illinois, to the United States District Court, Northern District of Illinois, pursuant to the Federal Tort Claims Act ("FTCA"), 28 U.S.C. § 2679, and the Federally Supported Heath Centers Assistance Act, 42 U.S.C. §233, and in support states the following:

1. On May 9, 2008, plaintiff Racio Tadeo commenced the above civil action against Silver Cross Hospital and Medical Centers, a corporation; Jan Smith, M.D., Suburban Obstetrics & Gynecology, L.L.C.; Nahla Mehri, M.D., Associated Radiologist of Joliet, S.C.; and Vinod Patel, M.D., alleging medical malpractice. A copy of the state court summons and complaint is attached as Exhibit A. For purposes of this lawsuit, Nahla Merhi, M.D., was a physician for Will County Community Health Center (operated by the Will County Health Department), a private entity that receives grant money from the Public Health Service pursuant to 42 U.S.C. § 233. By operation of 42 U.S.C. § 233, Will County Community Health Center is deemed to be an employee of the United States for purposes of malpractice liability protection under the FTCA.

2. This notice of removal is filed in accordance with 28 U.S.C. § 2679(d) and 42 U.S.C. § 233 upon certification by the designee of the Attorney General of the United States that defendant Nahla Merhi, M.D., was acting within the scope of her employment as a federal government employee at the time of the incidents out of which the claim arose. *See* Certification attached as Exhibit B.

3. Notice of removal may be filed without bond at any time before trial. 28 U.S.C. § 2679(d)(2). Trial has not yet been had in this action.

4. Pursuant to the Certification by the Attorney General's designee and the filing of this notice of removal, under 28 U.S.C. § 2679, this civil action shall be deemed an action against the United States and the United States shall be substituted as the party defendant in lieu of Nahla Merhi, M.D.[1]

---

[1] The United States should also be substituted at a party defendant to the extent plaintiff is alleging claims against the Will County Community Health Center, operated by the Will County Department of Health.

WHEREFORE, this action now pending in the Circuit Court of Will County, Illinois is properly removed to this court pursuant to 28 U.S.C. § 2679(d) and 42 U.S.C. § 233, and the United States is substituted as defendant in lieu of Nahla Merhi, M.D.

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney

By: s/ Harpreet K. Chahal
    HARPREET K.CHAHAL
    Assistant United States Attorney
    219 South Dearborn Street
    Chicago, Illinois 60604
    (312) 353-1996
    harpreet.chahal@usdoj.gov